# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 21, 2011

Lyle W. Cayce
Clerk

No. 10-11227
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RALPH HOWARD MADDOX,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:10-CR-38-1

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Ralph Howard Maddox presents arguments that he concedes are foreclosed by *United States v. Whaley*, 577 F.3d 254 (5th Cir. 2009), in which this court rejected constitutional challenges to the Sex Offender Registration and Notification Act. *See also United States v. Heth*, 596 F.3d 255, 258-60 (5th Cir. 2010).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-11227

The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.